# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Fabian-Perez, | **NO. CV-25-04992-PHX-JJT (JZB)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| John Cantu, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed January 9, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is in Petitioner's favor and this action is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 9, 2026

By   s/ DanD.ielle Draper
Deputy Clerk